In the Matter of the Application of RUTH J. LANGDON, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent.

LILY HOCK, Respondent, v. ARTHUR J. L. HOCK, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX S. BROWN, Respondent, v. MORDECAI HERSHMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. CLARKE DEAN and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application for Compulsory Accounting in the Estate of PHILIP WAGNER, Deceased. JOHN WAGNER, Respondent; FRANK WAGNER, as Administrator, etc., of PHILIP WAGNER, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL N. BRIMBERG, on Behalf of Himself and All Other Stockholders of WEST END AVENUE & 90TH STREET CORPORATION, Respondent, v. WEST END AVENUE & 90TH STREET CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEOPHILUS J. HAWKER and Others, Respondents, v. FRANK J. TYLER, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION, Respondent, v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HEMILL PRODUCTS, INC., Respondent, v. ALL METAL STAMPING CORPORATION, Appellant, Impleaded, etc.— Order modified by providing that the motion is granted upon condition that plaintiff give a bond to pay the judgments if recovered in the removed and consolidated actions, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.